IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida Non Profit Corporation, and DENISE PAYNE, Individually, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 7:11-cv-00064-GEC |
| GATEWAY HOSPITALITY RU, LLC, a Virginia Limited Liability Company, | ) ) ) ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT.**

Plaintiffs and Defendant to the above-styled case, pursuant to the Federal Rules of Civil Procedure, hereby stipulate to and move for the dismissal of this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their Settlement Agreement for the Court to retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. A proposed Order of Dismissal with Prejudice is attached hereto.

Respectfully submitted,

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC. and
DENISE PAYNE

**s/ Eric W. Reecher**
Virginia Bar No. 43618
ELLIOT LAWSON & MINOR, P.C.
110 Piedmont Avenue, Suite 300
Bristol, VA 24201
(276) 466-8400
Fax: (276) 466-8161
ereecher@elliottlawson.com

John P. Fuller, *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
Fax: (305) 893-9505
jpfuller@fullerfuller.com

*Counsel for Plaintiffs National Alliance For Accessibility, Inc. and Denise Payne*


GATEWAY HOSPITALITY RU, LLC.

**s/ Andrew P. Sherrod**
Virginia Bar No. 45854
Attorney for Defendant
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
P.O. Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
Fax: (804) 644-0957
asherrod@hf-law.com

*Counsel for Defendant Gateway Hospitality RU, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 26th day of August, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Eric W. Reecher, Esquire
Elliot Lawson & Minor, P.C.
110 Piedmont Avenue, Suite 300
Bristol, VA 24201
(276) 466-8400
(276) 466-8161 (FAX)
ereecher@elliottlawson.com

John P. Fuller, Esquire
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
(305) 893-9595 (FAX)
jpf@fullerfuller.com

*Attorneys for Plaintiffs*

s/ **Andrew P. Sherrod**
Virginia Bar No. 45854
Attorney for Defendant
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
P.O. Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
Fax:  (804) 644-0957
asherrod@hf-law.com

#3927436 v1    037273.00001