IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 29 2011

JULIA C. DUDLEY, CLERK
BY: /s/ 
   DEPUTY CLERK

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida Non Profit Corporation, and DENISE PAYNE, Individually, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 7:11-cv-00064 |
| GATEWAY HOSPITALITY RU, LLC, a Virginia Limited Liability Company, | )<br>)<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs and the Defendant shall be and hereby is approved;

2. The above-styled cause shall be and hereby is **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

It is so ORDERED.

ENTERED: August 29 / 2011

/s/ Glen Conrad
_____
CHIEF UNITED STATES DISTRICT JUDGE

We ask for this:

s/ **Eric W. Reecher**
Virginia Bar No. 43618
ELLIOT LAWSON & MINOR, P.C.
110 Piedmont Avenue, Suite 300
Bristol, VA 24201
(276) 466-8400
Fax: (276) 466-8161
ereecher@elliottlawson.com

John P. Fuller, *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
Fax: (305) 893-9505
jpfuller@fullerfuller.com

*Counsel for Plaintiffs National Alliance For Accessibility, Inc. and Denise Payne*


s/**Andrew P. Sherrod**
Virginia Bar No. 45854
Attorney for Defendant
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
P.O. Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
Fax: (804) 644-0957
asherrod@hf-law.com

*Counsel for Defendant Gateway Hospitality RU, LLC*


#3927486 v1    037273.00001